# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES       \*

                             \*

v.                           \*       CRIM. NO. 21-900-5

                             \*

TORELL BROWN       \*

                             \*

                         \*\*\*\*\*

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

      [ ] The Defendant (or the Juvenile) is detained at a facility lacking video

      teleconferencing capability.

      [ ] Other:

Date:    March 15, 2022

_____
Honorable Susan D. Wigenton
United States District Judge